UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOMAS A LOHSTRETER,
    Plaintiff,

vs.                                                Case No.:  3:23-cv-24026/MCR/ZCB

GARY ENGLISH, et al.,
    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on September 17, 2024.  (Doc. 47).  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 47) is adopted and incorporated by reference in this order.

2.    Plaintiff's "Motion for Preliminary Injunction" (Doc. 44) is **DENIED**.

3.    Plaintiff's "Motion to Appoint Counsel" (Doc. 45) is **DENIED** without prejudice.

**DONE AND ORDERED** this 25th day of October 2024.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**