UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOMAS A LOHSTRETER,
    Plaintiff,

vs.                                                Case No.:  3:23-cv-24026/MCR/ZCB

GARY ENGLISH, et al.,
    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on September 9, 2024.  (Doc. 43).  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 43) is adopted and incorporated by reference in this order.

2.    The Defendants' Motions to Dismiss, (Docs. 23, 29), are **GRANTED**.

3.    Plaintiff's Motion for Leave to Amend (ECF No. 42) is **DENIED as moot.**

4.  The Clerk of Court is directed to close the case.

**DONE AND ORDERED** this 31ˢᵗ day of December 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**